IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00873-RPM

CRAIG A. LENHART and
MARGARETA LENHART,

        Plaintiffs,

v.

CHRISTOPHER COBB,

        Defendant.

---

ORDER FOR PROTECTIVE ORDER

---

Upon consideration of the Stipulated Motion for Protective Order Regarding Plaintiffs' Tax Returns [7], filed on November 8, 2007, it is

ORDERED that the motion is granted.

Dated: November 9th, 2007

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge