IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00873-RPM

CRAIG A. LENHART and
MARGARETA LENHART,

        Plaintiffs,

v.

CHRISTOPHER COBB,

        Defendant.

---

## ORDER AMENDING SCHEDULING ORDER

---

Upon consideration of the Plaintiffs' Unopposed Motion to Amend Scheduling Order [9] filed on December 13, 2007, it is

ORDERED that an extension of time is granted through March 15, 2008, to allow Plaintiff Craig Lenhart to arrange another return trip to the UCHSC facility in order to have a follow up appointment with Dr. Lindeque.

Dated: December 13th, 2007

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge