IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00873-RPM

CRAIG A. LENHART and
MARGARETA LENHART,

                    Plaintiffs,

v.

CHRISTOPHER COBB,

                    Defendant.

---

## ORDER AMENDING SCHEDULING ORDER

---

Upon consideration of the Defendant's Unopposed Motion to Amend Scheduling Order [11] filed on January 11, 2008, it is

ORDERED that an extension of time is granted through February 1, 2008, to allow for submittal of a report by Dr. Hayes.

Dated: January 15th, 2008

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior District Judge