IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00873-RPM

CRAIG A. LENHART and
MARGARETA LENHART,

       Plaintiffs,

v.

CHRISTOPHER COBB,

       Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE

---

It appearing that this case is ready to be set for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **February 29, 2008, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on February 21, 2008.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    Dated: January 15th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge