IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00873-RPM

CRAIG A. LENHART and
MARGARETA LENHART,

        Plaintiffs,

v.

CHRISTOPHER COBB,

        Defendant.

---

## ORDER AMENDING PRETRIAL ORDER

---

Upon consideration of Plaintiffs' Amended Unopposed Motion for an Extension of Time to Exchange Exhibits [26], filed on this day, it is

ORDERED that the pretrial order is amended to require the exchange of exhibits take place by March 19, 2008.

Dated: February 26, 2008

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge