IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00873-RPM

CRAIG A. LENHART and
MARGARETA LENHART,

        Plaintiffs,

v.

CHRISTOPHER COBB,

        Defendant.

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal with Prejudice [33], filed on March 31, 2008, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own fees and costs.

Dated: April 1st, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge